```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-1-19
```

UNITED STATES U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

KING RANGE JR.,

    Plaintiff,

  -against-

217 EAST 26TH STREET LLC, 217 EAST
26TH STREET NEWCO LLC AND TIPSY
SCOOP LLC,

    Defendants.

-----------------------------------------------------------X

INDEX NO. 1:18-cv-03450-JGK

## STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and pursuant to Local Civil Rule 1.4, that the law firm Seward & Kissel LLP hereby is substituted in place of the Law Offices of Mitchell S. Segal, P.C. as counsel of record for defendant Tipsy Scoop LLC in the above-captioned action.

A supporting declaration is attached pursuant to Local Civil Rule 1.4.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this action should be served upon the following Incoming Counsel:

    M. William Munno (munno@sewkis.com)
    John E. Tavss (tavss@sewkis.com)
    Seward & Kissel LLP
    One Battery Park Plaza
    New York, New York 10004
    Telephone (212) 574-1200
    Fax (212) 480-8421

Dated: January 23, 2019

Law Offices of
Mitchell S. Segal, P.C.

By: _____
Mitchell S. Segal
msegal@segallegal.com

1010 Northern Boulevard
Suite 208
Great Neck, New York 11021
Telephone: (416) 415-0100

*Outgoing Attorneys for Defendant
Tipsy Scoop LLC*

SO ORDERED:
Dated: January 2/1/19, 2019

_____
The Honorable John G. Koeltl

Seward & Kissel LLP

By: _____
M. William Munno
munno@sewkis.com

One Battery Park Plaza
New York, New York 10004
Telephone: (212) 574-1200

*Incoming Attorneys for Defendant
Tipsy Scoop LLC*

SK 99131 0020 8175794

-2-