UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2-5-19

------------------------------------------------------------ X

KING RANGE, JR.,

                          Plaintiff,

    - against –

217 EAST 26TH STREET LLC et al.,

                         Defendants.

------------------------------------------------------------ X

18cv3450 (JGK)

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

**JOHN G. KOELTL, District Judge:**

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute:* <br><br>_____ <br><br>_____ | ___ | Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) <br><br>Purpose:_____ |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral is:_____ | ___ | Habeas Corpus <br><br> Social Security |
| _X_ | Settlement* | ___ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| ___ | Inquest After Default/Damages Hearing | | Particular Motion: ____ <br><br> All such motions: ____ |

**SO ORDERED.**

DATED:    New York, New York
              February 4, 2019

                                                          _____
                                                             John G. Koeltl
                                                          United States District Judge

* Do not check if already referred for general pretrial.