USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED·___ 2-5-19____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**KING RANGE, JR.,**

                              **18cv3450 (JGK)**

                     **Plaintiff,**

                              **ORDER**

    **- against -**

**217 EAST 26TH STREET LLC et al.,**

                     **Defendants.**

**JOHN G. KOELTL, District Judge:**

        As discussed at the hearing today, discovery in this case

is reopened until **April 22, 2019.**  The trial-ready date is

adjourned to **May 22, 2019.**

        The parties should notify the Court by **February 11, 2019,**

if they consent to trial before the Magistrate Judge.

**SO ORDERED.**

**Dated:     New York, New York**
**           February 4, 2019**

                         **John G. Koeltl**
                     **United States District Judge**