# SEWARD & KISSEL LLP

ONE BATTERY PARK PLAZA
NEW YORK, NEW YORK 10004

TELEPHONE: (212) 574-1200
FACSIMILE: (212) 480-8421
WWW.SEWKIS.COM

M. WILLIAM MUNNO
(212) 574-1587
munno@sewkis.com

901 K STREET, N.W.
WASHINGTON, DC 20005
TELEPHONE: (202) 737-8833
FACSIMILE: (202) 737-5184

February 5, 2019

**VIA ECF FILING and FACSIMILE**

Honorable John G. Koeltl
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 14A
Mew York, New York 10007-1312

      Re:    King Range Jr. v. 217 East 26th Street LLC et al.
               Case No.: 1:18-cv-03450 - JGK

Dear Judge Koeltl:

      As I noted during yesterday's conference, this letter is to confirm that defendant Tipsy Scoop LLC consents to having Judge Wang try this case should the parties not be able to settle it.

                            Respectfully yours,

                            M. William Munno

caw

cc: Robert G. Hanski, Esq.
     Benjamin D. Bianco, Esq.
     By Fax and Email

SK 88888 0241 8185120