# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

February 5, 2019

<u>Via ECF</u>
The Honorable John G. Koeltl
United States District Judge
Southern District of New York

      **Re:**    *King Range Jr. v. 217 East 26th Street LLC, 217 East 26th Street Newco LLC and Tipsy Scoop LLC*

           **Docket No. 1:18-cv-03450 (JGK)(OTW)**

Dear Judge Koeltl

    We represent the plaintiff in the above-entitled action. We write to advise the Court that all the parties consent to trial before the Magistrate Judge.

    Thank you for your time and attention to this matter. With kindest regards, I am

                              very truly yours,

                              /s/
                        Glen H. Parker, Esq.