**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
KING RANGE, JR.,

                         Plaintiff,                  18-CV-3450 (OTW)

        -against-                      **SCHEDULING ORDER**

217 WEST 26th STREET LLC, et al.,

                        Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

This matter has been assigned to the undersigned on consent in accordance with 28 U.S.C. § 636(c). The Court will hold a Pre-Settlement Conference Scheduling Call on **Tuesday, February 26, 2019 at 3:00 p.m.** Please call Chambers at 212-805-0260 when all counsel are on the line.

       **SO ORDERED.**

                                                _s/ Ona T. Wang_

Dated: February 8, 2019                            **Ona T. Wang**
      New York, New York               United States Magistrate Judge