UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------- X

KING RANGE JR.,

        Plaintiff,

  -against-

217 EAST 26TH STREET LLC, 217 EAST 26TH STREET NEWCO LLC AND TIPSY SCOOP LLC,

        Defendants.

------------------------------------------------------- X

Index No. 1:18-cv-03450-JGK

**Rule 7.1 Statement**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Tipsy Scoop LLC submits the following corporate disclosure statement:

      Defendant Tipsy Scoop LLC has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: February 12, 2019

                                      Respectfully Submitted,

                                      SEWARD & KISSEL LLP

                                      By:   /s/ M. William Munno
                                                M. William Munno

                                      One Battery Park Plaza
                                      New York, New York 10004
                                      (212) 574-1200

                                      *Attorneys for Defendant*
                                      Tipsy Scoop LLC