**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
:
KING RANGE, JR., :
:
                          Plaintiff, :        18-CV-3450 (OTW)
:
          -against- :        **ORDER**
:
217 WEST 26th STREET LLC, et al., :
:
                      Defendants. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

A pre-settlement telephone conference was held on February 26, 2019. The parties shall submit a joint status letter, via ECF, by **close of business on March 5, 2019**.

**SO ORDERED.**

                                                                      _s/ Ona T. Wang_

Dated: February 26, 2019                             **Ona T. Wang**
       New York, New York                  United States Magistrate Judge