UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
KING RANGE, JR.,

                        Plaintiff,                    18-CV-3450 (OTW)

       -against-                         **ORDER**

217 EAST 26th STREET LLC, et al.,

                      Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Pursuant to the Court's February 26, 2019 Order, ECF 54, the parties were directed to file a joint status letter via ECF by close of business on March 5, 2019, but have failed to do so. The parties are to file a joint status letter by **April 2, 2019**. Failure to do so may result in the imposition of sanctions.

      **SO ORDERED.**

                                                        *s/ Ona T. Wang*

Dated: March 27, 2019                                 **Ona T. Wang**
       New York, New York                  United States Magistrate Judge