# PARKER HANSKI LLC

40 WORTH STREET, 10TH FLOOR
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

July 8, 2019

Via ECF
The Honorable John G. Koeltl
United States District Judge
Southern District of New York

      Re:    *King Range Jr. v. 217 East 26th Street LLC, 217 East 26th Street Newco LLC and Tipsy Scoop LLC*

             **Docket No. 1:18-cv-03450 (JGK)(OTW)**

Dear Judge Koeltl

    We represent the plaintiff in the above-referenced matter.  On behalf of the parties, we write to inform the Court that the parties have reached an agreement to settle this action.

    Accordingly, to memorialize the settlement in writing, the parties respectfully request that the Court issue a 30-day Order of dismissal with leave to restore the action after such 30-day period in the unlikely event that the settlement is not consummated.

                              very truly yours,

                              /s/
                        Glen H. Parker, Esq.