UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
: 
KING RANGE, JR., :
:
                           Plaintiff, :          18-CV-3450 (OTW)
:
           -against- :          **ORDER**
:
217 EAST 26th STREET LLC, et al., :
:
                       Defendants. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The parties have advised the Court that this action has been settled. (ECF 61). Accordingly, this action is dismissed with prejudice and without costs to either party, but without prejudice to restoration of the action within thirty (30) days of the date of this Order if the settlement is not fully effectuated.

If the parties wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they shall submit the settlement agreement to the Court to be so ordered.

Any pending motions shall be terminated as moot, and the Clerk of Court is directed to close this case.

**SO ORDERED.**

                                                      _s/ Ona T. Wang_
Dated: July 9, 2019                               **Ona T. Wang**
       New York, New York            United States Magistrate Judge